

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-81,781-02

### EX PARTE MILES DEAN FLEMING, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W04-00434-M(B) IN THE 194TH DISTRICT COURT
### FROM DALLAS COUNTY

KEASLER, J., filed a concurring statement, in which HERVEY and YEARY, JJ., joined.

## CONCURRING STATEMENT

I concur in the denial and dismissal of Miles Fleming's claims in his application for writ of habeas corpus. Unlike the Court's opinion, I would not resolve Fleming's double-jeopardy claim on its merits. For the reasons outlined in my concurring opinion in *Ex parte Marascio*,[1] I would deny Fleming's double-jeopardy claim because it is a claim that may not be brought for the first time on collateral attack.

Filed: November 11, 2015
Do not publish

---

[1] *Ex parte Marascio*, Nos. WR–80,939–01, WR–80,939–02, & WR–80,939–03, ___ S.W.3d ___, 2015 WL 5853202, *1 (Tex. Crim. App. Oct. 7, 2015).